Jonathan Earl Brake (in pro per)
TAYLOR MOORE
20101 SW Birch St., Suite 150-O
Newport Beach, CA 92660
Telephone: (310) 490-9483
Facsimile: (949) 644-0077

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: CV 08408 JL |
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE SETTLEMENT CONFERENCE |
| vs. | |
| JOHN EARL BRAKE, | |
| Defendant. | |

WHEREAS, a Settlement Conference before Magistrate Judge James Larson is currently scheduled to take place on March 13, 2009 at 10:00 a.m., in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102; and Plaintiff

WHEREAS, Defendant Jonathan Brake ("Defendant") has requested a continuance of the Settlement Conference date because of an unanticipated conflict; and

WHEREAS, there have been no prior formal continuances in this case and the requested continuance is not anticipated to otherwise affect the schedule for this case; and

WHEREAS, Plaintiff Securities and Exchange Commission ("Plaintiff") has agreed to the requested continuance, subject to the approval of the Court;

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that the Settlement Conference shall be continued to June 24, 2009 at 2:00pm., ~~or as soon thereafter as the Court may allow.~~ |

DATED: March 11, 2009     JOHNATHAN BRAKE

*/s/ Jonathan E. Brake*
Jonathan E. Brake (in pro per)

DATED: March 11, 2009     SECURITIES AND EXCHANGE COMMISSION

By: */s/ John S. Yun*
John S. Yun
Kristin Snyder
Attorneys for Plaintiff
Securities and Exchange Commission

ORDER

GOOD CAUSE APPEARING THEREFOR,

PURSUANT TO STIPULATION, IT IS ORDERED that the Settlement Conference is continued to June 24, 2009 at 2:00p.m.

March 12, 2009

*/s/ James Larson*
JAMES LARSON
Chief Magistrate Judge