1  MARC J. FAGEL
   JOHN S. YUN (yunj@sec.gov)
2  KRISTIN A. SNYDER (snyderk@sec.gov)
   Attorneys for Plaintiff
3  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
4  San Francisco, California 94104
   Telephone: (415) 705-2500
5  Telecopy: (415) 705-2501

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  SECURITIES AND EXCHANGE COMMISSION  )  Civil Action No.
13                                      )  C-08-4089-BZ
                   Plaintiff            )
14                                      )  **PLAINTIFF SECURITIES
           vs.                          )  AND EXCHANGE
15                                      )  COMMISSION'S NOTICE
    JONATHAN EARL BRAKE,                )  OF PROPOSED
16                                      )  SETTLEMENT AND
                   Defendant            )  UNOPPOSED REQUEST
17                                      )  FOR CONTINUANCE OF
                                        )  CERTAIN DISCOVERY
18                                      )  DEADLINES AND
                                           PRETRIAL DATES**

19                                         Date: Jan. 11, 2010
                                           Time: 8:30 a.m.
20                                         Judge: Bernard Zimmerman
                                           Courtroom: G
21

22

23

24

25

26

27

28

Plaintiff's Certification
C-08-4089-BZ

**PLAINTIFF'S NOTICE OF PROPOSED SETTLEMENT**

In accordance with the standing orders of this Court and of Magistrate Judge James Larson, plaintiff Securities and Exchange Commission ("Commission") hereby notifies the Court and Magistrate Judge Larson that the Commission and defendant John Earl Brake have reached a tentative proposed settlement in the *Securities and Exchange Commission v. John Earl Brake*, Civil Action No. C-08-4089-BZ, litigation. All proposed settlements with the Commission must be approved by the Commission itself before being finalized. The Commission's counsel will endeavor to obtain the Commission's consideration of the proposed settlement by the end of October 2009.

While the proposed settlement is being submitted to the Commission for its consideration, the parties desire to postpone certain discovery and pretrial deadlines to avoid the potentially unnecessary expenditure of time and resources by themselves and the Court. The parties therefore respectfully request that the Court consider entering a revised Scheduling Order which modifies these deadlines:

The current cut-off for fact discovery will be extended from September 18, 2009 to October 16, 2009.

The current deadline for designating experts will be extended from September 25, 2009 to November 4, 2009.

The current deadline for designating rebuttal experts will be extended from October 2, 2009 to November 12, 2009.

The current deadline for completing expert discovery will be extended from October 9, 2009 to November 19, 2009.

The last date for hearing dispositive motions will be continued from November 18, 2009 to December 9, 2009.

The deadline for the submission of the joint pretrial conference statements, proposed jury instructions and voir dire will be continued from November 30, 2009 to December 15, 2009.

The deadline for submitting objections to proposed jury instructions and voir dire will be continued from December 11, 2009 to December 18, 2009.

The current pretrial conference date of December 22, 2009 and trial date of January

1  | 11, 2010 will remain unchanged.

2  | Dated: September 11, 2009

                                              *John S. Yun*
                                              Marc J. Fagel
                                              John S. Yun
                                              Kristin A. Snyder
                                              Attorneys for Plaintiff
                                              SECURITIES AND EXCHANGE COMMISSION

**IT IS SO ORDERED, except that the last day to hear dispositive motions is December 2, 2009.**

**Dated:  September 11, 2009**

