1  JOHN EARL BRAKE, in pro per
   20101 SW Birch Street
2  Suite 1500
   Newport Beach, CA 92660
3  951-684-4743



# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case Number<br>C-08-4089-BZ |
| Plaintiff, | **EX PARTE MOTION FOR CONTINUANCE OF HEARING ON MOTION FOR ORDER OF CIVIL CONTEMPT** |
| vs. | |
| JOHN EARL BRAKE, | Time: 10:00 a.m.<br>Date: May 26, 2010 |
| Defendant | Judge: Bernard Zimmerman<br>Courtroom: G |

Defendant John Earl Brake hereby submits his Motion for a Continuance of the hearing on the Motion of the Securities Exchange Commission for Order of Civil Contempt (the "SEC Motion"). The SEC Motion is set for hearing on May 26, 2010, at the time and place set forth above. Defendant requests that the hearing be continued to June 16, 2010, at 2:00 p.m. in Courtroom G, Bernard Zimmerman, judge presiding.

This motion is made on the grounds that Defendant has not been successful in engaging counsel, although he has made and will continue to make effort to do so. With or without counsel, Defendant will need additional time to prepare for his defense of the SEC Motion and to prepare for the hearing on said motion.

As shown on the email message from SEC Attorney, John S. Yun, to Defendants's

1 | employer, attached hereto as Exhibit "A," the SEC will not oppose this motion. Defendant
2 | will provide a copy of this motion to the SEC prior to filing.
3 |     I declare under penalty of perjury under the laws of the State of California that the
4 | foregoing is true and correct and that this Opposition to Motion was executed this 19th day
5 | of May, 2010, at Calabasas, California.

Respectfully submitted,

*/s/ John Earl Brake*
JOHN EARL BRAKE
Defendant, in pro per

## ORDER

Having considered the within Motion of Defendant John Earl Brake for continuance and for good and sufficient cause, it is ordered that the hearing on the MOTION FOR ORDER OF CIVIL CONTEMPT be continued to June 16, 2010, at 2:00 p.m. in Courtroom G of the above entitled Court.

Date: 20 May 2010

*/s/ Bernard Zimmerman*
Bernard Zimmerman, Judge