UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | No. C08-4089 BZ |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **ORDER CONTINUING** |
| JOHN EARL BRAKE, | ) ) | **MOTION HEARING** |
| Defendant(s). | ) ) ) | |

Having considered the motion of defendant John Earl Brake for continuance, **IT IS ORDERED** that the hearing on the Motion For Order of Civil Contempt be continued to **Monday, August 9, 2010, at 1:30 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, to give Mr. Brake another chance to comply with the judgment and the Court's Orders.  If Ms. Moore has been served with a subpoena, it shall be Mr. Brake's responsibility to make sure she appears at the new time.

Dated: July 27, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SEC V. BRAKE\ORD CONTINUING MOTION HEARING.wpd

1