UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

JOHN EARL BRAKE,

Defendant(s).

No. C08-4089 BZ

**ORDER AFTER STATUS CONFERENCE**

Following the status conference on January 10, 2011, **IT IS ORDERED** as follows:

1. To help the parties schedule further payments to be made by the defendant, this case is re-referred to the Honorable James Larson to conduct a settlement conference. The parties will be contacted by Judge Larson's chambers with a date and time for the conference.

2. If the parties cannot agree to a payment schedule, plaintiff shall notify the Court that it requires a hearing on the matter.

3. The Court takes under submission defendant's request

to forgive the remedial sanctions of $10,000 per day he was charged for his untimely initial payment. If plaintiff opposes this request, it shall file an opposition by **January 20, 2011.**

Dated: January 11, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SEC V. BRAKE\ORDER AFTER STATUS CONFERENCE.wpd